UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| HURTVET SUBCONTRACTING, LLC, | ) |
| | ) CASE NO. 2:23-CV-104-DBB |
| Plaintiff, | ) |
| | ) JUDGE DAVID BARLOW |
| v. | ) |
| | ) MAGISTRATE JUDGE DUSTIN B. PLEAD |
| DOUGLAS GAMBRELL, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised of the following address change effective upon filing with the Clerk:

**Former Address:**

Adam E. Primm
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile:  216.363.4588
Email: aprimm@beneschlaw.com


**Current Address:**

Adam E. Primm
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284
Telephone: 216.363.4500
Facsimile:  216.363.4588
Email: aprimm@beneschlaw.com


Information including email, fax, and telephone remain the same.

23119351 v1

Respectfully submitted,

Dated: August 16, 2023

*s/ Adam E. Primm*
Adam E. Primm, Atty. No. OH0086375
*Admitted Pro Hac Vice*
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: aprimm@beneschlaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Adam E. Primm*
Adam E. Primm

23119351 v1