# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| HURTVET SUBCONTRACTING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS GAMBRELL, an individual; KATHLEEN FORD, an individual; ALAINA MEYER, an individual; SCDATACOM, LLC, a Georgia limited liability company;<br><br>Defendants. | **REDACTED**<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION AS TO SCDATACOM, KATHLEEN FORD, AND ALAINA MEYER**<br><br>Case No. 2:23-CV-000104-DBB<br><br>Judge David Barlow<br>Chief Magistrate Judge Dustin B. Pead |

The Court, having considered the Agreed Motion to Enter Stipulated Final Judgment and Permanent Injunction filed by Plaintiff HurtVet, LLC ("HurtVet") and Defendants scDataCom, LLC, Kathleen Ford, and Alaina Meyer ("scDataCom Defendants"),[1] GRANTS the Motion and enters this Stipulated Final Judgment and Permanent Injunction Order (the "Order"), disposing of all claims between HurtVet and the scDataCom Defendants in this action. IT IS HEREBY ORDERED THAT:

Defendants Kathleen Ford, Alaina Meyer, and scDataCom, LLC, together with any agents and/or employees, and any other persons or entities who are in active concert or participation with them, shall immediately cease and desist from:

---

[1] ECF No. 168.

A. Using, relying upon, or disseminating any trade secrets contained in the documents belonging to HurtVet that Defendant Douglas Gambrell emailed or otherwise transmitted in any other way to Kathleen Ford, Alaina Meyer, or scDataCom, LLC; and

B. Using, relying upon, or disseminating any trade secrets contained in the documents belonging to HurtVet regarding HurtVet's pricing, revenue, business plans, or non-public customer contact information.

FURTHER, IT IS ORDERED THAT that Defendants Kathleen Ford, Alaina Meyer, and scDataCom, LLC, together with any agents and/or employees, and any other persons or entities who are in active concert or participation with them,

C. From the date hereof until February 1, 2025, shall immediately cease and desist from soliciting business for any of the following opportunities and all follow-on contracts, renewals, modifications, and extensions thereto:

a. Solicitation Nos. 36C26023Q0120, 36C24122Q0212, Contract Nos. 21CS0523 and 140R2022P0014, and an opportunity known as ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, described as follows:

(i) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; and

(ii) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[redacted]

FURTHER, IT IS ORDERED THAT that Defendants Kathleen Ford, Alaina Meyer, and scDataCom, LLC, together with any agents and/or employees, and any other persons or entities who are in active concert or participation with them,

D. Shall immediately return all HurtVet materials obtained from Defendant Gambrell and certify permanent deletion of all HurtVet materials in any form. The scDataCom Defendants shall make quarterly certification in writing to HurtVet that they remain in compliance with this Order, beginning on January 15, 2024, and continuing every three (3) months until February 1, 2025.

E. From the date hereof until February 1, 2024, shall not directly or indirectly solicit or induct any independent contractor or employee of HurtVet to leave his or her employment for any reason.

F. From the date hereof until February 1, 2024, shall not hire any independent contractor or employee of HurtVet.

All other relief not expressly granted herein is DENIED with prejudice; and

This Order is a full and final adjudication, disposing of all claims between HurtVet and the scDataCom Defendants.

IT IS SO ORDERED.

DATED this 18th day of September, 2023.

BY THE COURT

_____
David Barlow
United States District Judge