KEITH A. CALL (6708)
MELINDA K. BOWEN (13150)
**SPENCER FANE LLP**
10 Exchange Place, Eleventh Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
keithcall@spencerfane.com
mbowen@spencerfane.com
*Attorneys for Plaintiff HurtVet Subcontracting, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| HURTVET SUBCONTRACTING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS GAMBRELL, an individual; KATHLEEN FORD, an individual; ALAINA MEYER, an individual; SCDATACOM, LLC, a Georgia limited liability company;<br><br>Defendants. | **STIPULATED JOINT MOTION FOR ENTRY OF FINAL JUDMENT**<br><br>Case No. 2:23-CV-000104-DBB<br><br>Judge David Barlow<br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff HurtVet Subcontracting, LLC, through its counsel, and Defendant Douglas Gambrell, individually,[1] stipulate and jointly move the Court for entry of Final Judgment in the form attached as **Exhibit 1**.

---

[1] All claims involving Defendants Kathleen Ford, Alaina Meyer, and SCDataCom have been previously resolved. *See* ECF 177.

This Court entered a stay of this matter (ECF 202) after receiving notice that Mr. Gambrell had filed for bankruptcy protection in the United States Bankruptcy Court for the Northern District of Ohio (*see* ECF 199). In the course of the bankruptcy proceedings. Plaintiff and Mr. Gambrell have resolved all claims asserted in this case. As part of that resolution, the parties agreed to the entry of a Final Judgment in the form attached as Exhibit 1.

The parties therefore jointly move for entry of a Final Judgment in the form attached hereto, bringing this matter to a conclusion.

DATED: July 12, 2024.

                                        **SPENCER FANE LLP**

                                        */s/ Keith A. Call*
                                        Keith A. Call
                                        Melinda K. Bowen
                                        *Attorneys for Plaintiff HurtVet Subcontracting, LLC*

                                        **DOUGLAS GAMBRELL**

                                        */s/*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I caused a true and correct copy of the foregoing **STIPULATED JOINT MOTION FOR ENTRY OF FINAL JUDMENT** to be filed using the Court's CM/ECF system, which will send notification to the parties and/or counsel who have appeared.

*/s/ Stephanie Chavez*

SLC 7158361.1