THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HURTVET SUBCONTRACTING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS GAMBRELL, an individual; KATHLEEN FORD, an individual; ALAINA MEYER, an individual; SCDATACOM, LLC, a Georgia limited liability company;<br><br>Defendants. | **STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Case No. 2:23-cv-000104<br><br>Judge David Barlow |

Having considered the parties' Stipulated Joint Motion for Entry of Final Judgment,[1] the court hereby enters this Stipulated Final Judgment in favor of Plaintiff Hurtvet Subcontracting, LLC and against Defendant Douglas Gambrell. The Stipulated Permanent Injunction as to Douglas Gambrell entered on September 18, 2023[2] and the Stipulated Judgment and Permanent Injunction as to scDataCom, Kathleen Ford, and Alaina Meyer entered on September 18, 2023[3] shall constitute the final judgment and orders of this court, and shall remain in full force an effect according to their terms.

IT IS SO ORDERED.

Signed July 30, 2024.

---

[1] ECF No. 206, filed July 12, 2024.
[2] ECF No. 183.
[3] ECF No. 176.

2

BY THE COURT

David Barlow
United States District Judge